# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

                v.                           Crim. No. 5:13-MJ-1659-1

AARON L. DEHART

     On March 2, 2016, the above-named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                  I declare under penalty of perjury that the foregoing is true and correct.

                                  /s/ Eddie J. Smith  
                                  Eddie J. Smith  
                                  Supervising U.S. Probation Officer  
                                  310 Dick Street  
                                  Fayetteville, NC 28301-5730  
                                  Phone: 910-354-2537  
                                  Executed On: August 29, 2016

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   29th   day of   August  , 2016.

                                  Kimberly A. Swank  
                                  U.S. Magistrate Judge